UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY NEVES, JR.,               ) | 1:10-CV-00239 SMS HC |
|                                 ) | |
|           Petitioner,           ) | ORDER DENYING PETITIONER'S |
|                                 ) | SECOND MOTION FOR |
|      v.                         ) | RECONSIDERATION |
|                                 ) | |
| MATTHEW CATE, Secretary,        ) | [Doc. #18] |
|                                 ) | |
|           Respondent.           ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He is represented in this action by Roger T. Nuttall, Esq.  The parties have consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c).

Pending before the Court is Petitioner's second motion for reconsideration of the Court's order of November 10, 2010, denying Petitioner's request for leave to file an untimely Traverse. For the reasons stated in the Court's previous order of January 7, 2011, the second motion is hereby DENIED, and the proposed Traverse is STRICKEN.

IT IS SO ORDERED.

Dated:    March 10, 2011              /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE